UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY JOHN OWEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV2313-SNL |
| ) | |
| ALLIED SYSTEMS, LTD. (L.P.), et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Court is currently addressing plaintiff's motion to remand, and the motion of defendants to transfer venue.

Defendants have requested leave to file supplemental memorandum in connection with the pending motions. Plaintiff has responded but the response, basically, supplements plaintiff's current motion to remand.

It is not improper to receive additional information concerning the existing motions and accordingly, over the objection of plaintiff, defendant will be granted leave to file supplemental memorandum. The Court will accept plaintiff's current memorandum of law filed March 27, 2006, as a supplement of its present motion to remand, and if plaintiff desires to file further memorandum in response to the supplemental memorandum now being filed by defendants, he may do so on or before April 14, 2006. Defendants may reply within five (5) days and the Court will then finally address the current motions.

Dated this   3rd   day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE